1  Danielle Morris (S.B. # 246295)
   dmorris@omm.com
2  **O'MELVENY & MYERS LLP**
   610 Newport Center Drive, 17th Floor
3  Newport Beach, California 92660
   Telephone: (949) 823-6900
4  Facsimile: (949) 823-6994

5  William K. Pao (S.B. # 252637)
   wpao@omm.com
6  **O'MELVENY & MYERS LLP**
   400 South Hope Street, 18th Floor
7  Los Angeles, CA 90071
   Telephone: (213) 430-6000
8  Facsimile: (213) 430-6407

9  *Attorneys for Defendant Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AUSTIN MILLIKEN,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA N.A.,<br><br>Defendant. | Case No. 3:23-cv-3709-AMO<br><br>**NOTICE OF APPEARANCE OF DANIELLE MORRIS AS COUNSEL FOR DEFENDANT BANK OF AMERICA, N.A.** |

**TO THE CLERK OF THE COURT, PLAINTIFF, AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that attorney Danielle Morris of O'Melveny & Myers LLP hereby files this Notice of Appearance in the above-referenced action as counsel of record for Defendant Bank of America, N.A., and requests that copies of all briefs, motions, orders, correspondence, and other papers be electronically served on the undersigned at:

Danielle Morris

O'Melveny & Myers LLP

610 Newport Center Drive, 17th Floor

Newport Beach, California 92660

Telephone:   (949) 823-6900

Facsimile:   (949) 823-6994

Email:   dmorris@omm.com

Dated: August 17, 2023   By:   */s/ Danielle Morris*
       DANIELLE MORRIS

       WILLIAM K. PAO

       *Attorneys for Defendant Bank of America, N.A.*