Danielle Morris (S.B. # 246295)
dmorris@omm.com
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

William K. Pao (S.B. # 252637)
wpao@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AUSTIN MILLIKEN,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA N.A.,<br><br>Defendant. | Case No. 3:23-cv-3709-AMO<br><br>**NOTICE OF APPEARANCE OF WILLIAM K. PAO AS COUNSEL FOR DEFENDANT BANK OF AMERICA, N.A.** |

**TO THE CLERK OF THE COURT, PLAINTIFF, AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that attorney William K. Pao of O'Melveny & Myers LLP hereby files this Notice of Appearance in the above-referenced action as counsel of record for Defendant Bank of America, N.A., and requests that copies of all briefs, motions, orders, correspondence, and other papers be electronically served on the undersigned at:

William K. Pao

O'Melveny & Myers LLP

400 South Hope Street

18th Floor

Los Angeles, California, 90071-2899

Telephone:    (213) 430-6000

Facsimile:    (213) 430-6407

Email:    wpao@omm.com

Dated: August 17, 2023        By:    */s/ William K. Pao*
                                    WILLIAM K. PAO
                                    DANIELLE MORRIS

                                    *Attorneys for Defendant Bank of America, N.A.*