Danielle Morris (S.B. # 246295)
dmorris@omm.com
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

William K. Pao (S.B. # 252637)
wpao@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AUSTIN MILLIKEN,<br><br>  Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA N.A.,<br><br>  Defendant. | Case No. 3:23-cv-3709-AMO<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1    Pursuant to Civil Local Rule 6-1(a), Plaintiff Austin Milliken and Defendant Bank of
2    America N.A., through their counsel of record, hereby stipulate to enlarge the time for Defendant
3    to answer, move, or otherwise respond to the Complaint until and including Friday, September
4    22, 2023.  Plaintiff filed this action in the United States District Court for the Northern District of
5    California on July 26, 2023 and served the summons on Defendant on August 2, 2023. This
6    agreed extension will not alter the date of any event or deadline fixed by the Court.

8    IT IS HEREBY STIPULATED AND AGREED.

10                                                        Respectfully submitted,

12   Dated:  August 17, 2023                              DANIELLE MORRIS
13                                                        **O'MELVENY & MYERS LLP**

15                                                        By:   */s/ Danielle Morris*
                                                                   Danielle Morris

16                                                        *Attorney for Defendant*

18   Dated:  August 17, 2023                              SHAYNE C. STEVENSON
                                                          **HAGENS BERMAN SOBOL SHAPIRO LLP**

20                                                        By:   */s/ Shayne C. Stevenson*
21                                                                 Shayne C. Stevenson

22                                                        *Attorney for Plaintiff*

## SIGNATURE ATTESTATION

I, Danielle Morris, hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 17, 2023                                O'MELVENY & MYERS LLP

                                                By:   /s/ Danielle Morris
                                                      Danielle Morris

                                                      Attorney for Defendant