1  Danielle Morris (S.B. # 246295)
   dmorris@omm.com
2  **O'MELVENY & MYERS LLP**
   610 Newport Center Drive, 17th Floor
3  Newport Beach, California 92660
   Telephone: (949) 823-6900
4  Facsimile: (949) 823-6994

5  William K. Pao (S.B. # 252637)
   wpao@omm.com
6  **O'MELVENY & MYERS LLP**
   400 South Hope Street, 18th Floor
7  Los Angeles, CA 90071
   Telephone: (213) 430-6000
8  Facsimile: (213) 430-6407

9  *Attorneys for Defendant Bank of America, N.A.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| AUSTIN MILLIKEN, | Case No. 3:23-cv-3709-AMO |
|---|---|
| Plaintiff, | **DEFENDANT BANK OF AMERICA, N.A.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L. R. 3-15** |
| v. | |
| BANK OF AMERICA N.A., | |
| Defendant. | |

**CERTIFICATION OF INTERESTED PARTIES**

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: BAC North America Holding Company ("BACNAH"), which wholly owns Bank of America, N.A.; NB Holdings Corporation ("NB Holdings"), which wholly owns BACNAH; and Bank of America Corporation, which wholly owns NB Holdings.

Dated: August 17, 2023

By: */s/ Danielle Morris*
DANIELLE MORRIS
WILLIAM K. PAO

*Attorneys for Defendant Bank of America, N.A.*