Danielle Morris (S.B. # 246295)
dmorris@omm.com
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

William K. Pao (S.B. # 252637)
wpao@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AUSTIN MILLIKEN,<br><br>                    Plaintiff,<br><br>       v.<br><br>BANK OF AMERICA N.A.,<br><br>                    Defendant. | Case No. 3:23-cv-3709-AMO<br><br>**DEFENDANT BANK OF AMERICA, N.A.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Bank of America, N.A. ("BANA") certifies that the following list of parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Bank of America, N.A. is a direct, wholly owned subsidiary of BAC North America Holding Company ("BACNAH").  BACNAH is a direct, wholly owned subsidiary of NB Holdings Corporation ("NB Holdings").  NB Holdings is a direct, wholly owned subsidiary of Bank of America Corporation ("BAC").  BAC is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation.  Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of BAC's outstanding common stock.

Dated:  August 17, 2023

By:  */s/ Danielle Morris*
      DANIELLE MORRIS

      WILLIAM K. PAO

*Attorneys for Defendant Bank of America, N.A.*