Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com

Shayne C. Stevenson (*pro hac vice*)
Breanna Van Engelen (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
shaynes@hbsslaw.com
breannav@hbsslaw.com

[Additional counsel listed below]

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHISN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AUSTIN MILLIKEN,<br><br>                                    Plaintiff,<br><br>        v.<br><br>BANK OF AMERICA N.A.,<br><br>                                    Defendant. | No. 3:23-cv-03709-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE MOTION TO DISMISS BRIEFING SCHEDULE** |

1    Pursuant to Civil Local Rule 7-12, Plaintiff Austin Milliken and Defendant Bank of America,

2    N.A., by and through their respective counsel, hereby stipulate as follows:

3    WHEREAS, on July 26, 2023, Plaintiff commenced the above-captioned case against

4    Defendant (ECF No. 1);

5    WHEREAS, on September 22, 2023, Defendant filed a Motion to Dismiss (ECF No. 19),

6    which is set for hearing on February 22, 2024 (ECF No. 20);

7    WHEREAS, the current deadline for Plaintiff to file a response to Defendant's Motion to

8    Dismiss is October 6, 2023, per Civil Local Rule 7-3(a);

9    WHEREAS, if Plaintiff files a response to Defendant's Motion on October 6, 2023,

10   Defendant's deadline to file a reply is October 13, 2023, per Civil Local Rule 7-3(a);

11   WHEREAS, Plaintiff requires additional time to respond to Defendant's Motion to Dismiss,

12   which Defendant does not oppose;

13   WHEREAS, the parties agree there is good cause to stipulate to a briefing schedule;

14   WHEREAS, the parties stipulate that Plaintiff shall have until November 21, 2023, to

15   respond to Defendant's Motion to Dismiss;

16   WHEREAS, the parties stipulate that Defendant shall have until January 20, 2024, to file a

17   reply in support of its Motion to Dismiss;

18   WHEREAS, the parties have not previously requested any extension of the remaining

19   pleading schedule on Defendant's motion to dismiss;

20   NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned,

21   subject to Court approval, as follows:

22   1.    The deadline for Plaintiff to file a response to Defendant's Motion to Dismiss is

23   moved from October 6, 2023 to November 21, 2023.

24   2.    The deadline for Defendant to file a reply in support of its Motion to Dismiss is

25   moved from October 13, 2023 to January 20, 2024.

26   3.    The hearing on Defendant's Motion to Dismiss is set for February 22, 2024.

27

28

Dated: September 25, 2023                    HAGENS BERMAN SOBOL SHAPIRO LLP

                                             By: /s/ Shayne C. Stevenson
                                               Shayne C. Stevenson
                                               Attorney for Plaintiff

Dated: September 25, 2023                    O'MELVENY & JOHNSON LLP

                                             By: /s/ Danielle Morris
                                               Danielle Morris
                                               Attorney for Defendant

       Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: September 25, 2023                    By: /s/ Shayne C. Stevenson
                                               Shayne C. Stevenson


       PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated:  September 26 , 2023
                                               Hon. Araceli Martínez-Olguín
                                               United States District Judge