Shayne C. Stevenson (*pro hac vice*)
Breanna Van Engelen (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
shaynes@hbsslaw.com
breannav@hbsslaw.com

Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com

[*Additional counsel listed below*]

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUSTIN MILLIKEN,<br><br>             Plaintiff,<br><br>      v.<br><br>BANK OF AMERICA, N.A.,<br><br>             Defendant. | Case No. 3:23-cv-03709<br><br>**CERTIFICATION OF INTERESTED PARTIES** |

1     Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict
2 or interest (other than the named parties) to report.

3
4 DATED: October 19, 2023.   Respectfully submitted,

5                              HAGENS BERMAN SOBOL SHAPIRO LLP

6                              By */s/ Shayne C. Stevenson*
                                  Shayne C. Stevenson (*pro hac vice*)
7                              Breanna Van Engelen (*pro hac vice*)
                               HAGENS BERMAN SOBOL SHAPIRO LLP
8                              1301 Second Avenue, Suite 2000
                               Seattle, Washington 98101
9                              Telephone: (206) 623-7292
                               Facsimile: (206) 623-0594
10                             shaynes@hbsslaw.com
11                             breannav@hbsslaw.com

12                             Ben M. Harrington (SBN 313877)
                               715 Hearst Avenue, Suite 202
13                             Berkeley, California 94710
                               Telephone: (510) 725-3000
14                             Facsimile: (510) 725-3001
15                             benh@hbsslaw.com

16                             Knoll D. Lowney, (*pro hac vice* forthcoming)
                               Claire Tonry (*pro hac vice*)
17                             SMITH & LOWNEY, PLLC
                               2317 E. John Street
18                             Seattle, Washington 98112
                               Telephone: (206) 860-2883
19                             Facsimile: (206) 860-4187
                               knoll@smithandlowney.com
20                             claire@smithandlowney.com
21
22                             *Attorneys for Plaintiff*

23
24
25
26
27
28