1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| AUSTIN MILLIKEN, | No. 3:23-cv-03709-AMO |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT ADMINSTRATIVE MOTION TO HOLD INITIAL CASE MANAGEMENT CONFERENCE VIA ZOOM** |
| v. | |
| BANK OF AMERICA N.A., | |
| Defendant. | |

Pursuant to the parties' joint administrative motion, it is hereby ordered that the initial case management conference in this matter, scheduled for November 2, 2023, at 10:00 a.m. Pacific, shall be conducted via Zoom.

Dated: _____, 2023

_____
Hon. Araceli Martínez-Olguín
United States District Judge