# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN MILLIKEN,<br><br>           Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA N.A.,<br><br>           Defendant. | No. 3:23-cv-03709-AMO<br><br>[PROPOSED] ORDER GRANTING JOINT ADMINSTRATIVE MOTION TO HOLD INITIAL CASE MANAGEMENT CONFERENCE VIA ZOOM |

Pursuant to the parties' joint administrative motion, it is hereby ordered that the initial case management conference in this matter, scheduled for November 2, 2023, at ~~10:00 a.m.~~ 10:30 a.m. Pacific, shall be conducted via Zoom.

Dated: October 25, 2023

_____
Hon. Araceli Martínez-Olguín
United States District Judge

ORDER - 1
Case No.: 3:23-CV-03709-AMO
011165-12/2360825 V1