UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN MILLIKEN,<br><br>          Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA N.A.,<br><br>          Defendant. | Case No. 23-cv-03709-AMO<br><br>**ORDER**<br>Re: Dkt. No. 32 |

Before the Court is an initial joint case management statement submitted by the parties. The filing does not include all the information required by the Standing Order for All Judges of the Northern District of California. Counsel for Defendant is obligated under the Standing Order for All Judges of the Northern District of California as well as Federal Rule of Civil Procedure 26(f) to meet and confer with counsel for Plaintiff to devise a discovery plan and a proposed case schedule.

Defendant must file an administrative motion in accordance with Civil Local Rule 7-11 if seeking relief from any early case management and initial scheduling deadlines. Any such motion must be filed no later than November 2, 2023.

The case management conference set for November 2, 2023, is hereby CONTINUED to Thursday, November 16, 2023, at 10:00 a.m. The parties are ORDERED to resubmit a revised case management statement that includes all necessary information no later than 2:00 p.m. on

//

//

//

//

Thursday, November 9, 2023.

**IT IS SO ORDERED.**

Dated: October 26, 2023

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**