# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AUSTIN MILLIKEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA N.A.,<br><br>　　　　　Defendant. | Case No. 3:23-cv-3709-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STAY DISCOVERY** |

Pursuant to Defendant's Unopposed Motion to Stay Discovery, it is hereby ordered that:

1. Discovery in this action is stayed pending the Court's ruling on Defendant's Motion to Dismiss.

2. This stay of discovery will automatically be lifted if:

   a. The Court denies Defendant's Motion to Dismiss in whole or in part;

   b. Plaintiff amends his complaint and Defendant answers the complaint; or

   c. Plaintiff amends his complaint and Defendant files a motion to dismiss which is denied in whole or in part.

3. If any of the above circumstances occurs, the parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f), and shall submit a revised Joint Case Management Statement to the Court within 30 days of the Court's ruling on the Motion to Dismiss.

Dated: _____, 2023

　　　　　　　　　　　　　　　　　　　　　　　Hon. Araceli Martínez-Olguín
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge