Danielle Morris (S.B. # 246295)
dmorris@omm.com
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

William K. Pao (S.B. # 252637)
wpao@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AUSTIN MILLIKEN, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA N.A., <br><br> Defendant. | Case No. 3:23-cv-3709-AMO <br><br> **UNOPPOSED ADMINISTRATIVE MOTION TO STAY CERTAIN CASE MANAGEMENT REQUIREMENTS** |

In accordance with this Court's Order dated October 26, 2023 (Dkt. 33), and pursuant to Local Civil Rule 7-11, Defendant Bank of America N.A. (the "Bank"), through its counsel of record, hereby seeks a stay of the discovery-related requirements for Initial Case Management Statements pursuant to Federal Rule of Civil Procedure 26(f) and the Standing Order for All Judges of the Northern District of California regarding Contents of Joint Case Management Statement ("Standing Order"). In support of this request, Defendant states as follows:

1. Plaintiff filed this action in the United States District Court for the Northern District of California on July 26, 2023. Dkt. 1. The Bank moved to dismiss plaintiff's complaint in its entirety on September 22, 2023. Dkt. 19. Plaintiff's opposition to the Bank's Motion to Dismiss is due by November 21, 2023, and the Bank's reply in support of its Motion to Dismiss is due by January 20, 2024. Dkt. 24.

2. On October 26, 2023, the parties filed a Joint Initial Case Management Statement. Dkt. 32. The parties proposed that all discovery be stayed pending resolution of the Bank's pending Motion to Dismiss. *Id.* at 3. In response to the parties' Joint Initial Case Management Statement, the Court directed the Bank to "file an administrative motion in accordance with Civil Local Rule 7-11 if seeking relief from any early case management and initial scheduling deadlines." Dkt. 33.

3. Federal Rule of Civil Procedure 26(f) and the Standing Order require that Joint Initial Case Management Statements include certain discovery-related information, including a discovery plan and proposed schedule.

4. On November 2, the Bank filed an unopposed motion to stay all discovery pending the Court's resolution of the Bank's Motion to Dismiss. Dkt. 37. As further discussed in that motion, plaintiff does not oppose a stay of discovery, and a stay is appropriate in this case because the Bank's Motion to Dismiss is potentially dispositive of plaintiff's entire case and is not dependent upon any discovery. *See id.* at 37.

5. For the same reasons as described in its Motion to Stay Discovery, and in light of that motion, the Bank respectfully asks that the Court stay the requirements of Rule 26 and

the Standing Order with respect to the requirements for Initial Case Management Statements pending resolution of its Motion to Dismiss.

6. Counsel for the Bank has conferred with counsel for plaintiff, and counsel for plaintiff has stated that plaintiff does not oppose this request.

Respectfully submitted,

Dated: November 2, 2023            By:   */s/ Danielle Morris*
                                        Danielle Morris
                                        O'MELVENY & MYERS LLP

                                        *Attorney for Defendant*