UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AUSTIN MILLIKEN,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA N.A.,<br><br>Defendant. | Case No. 3:23-cv-3709-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION TO STAY CERTAIN CASE MANAGEMENT REQUIREMENTS** |

Pursuant to Defendant's Unopposed Administrative Motion to Stay Certain Case Management Requirements, it is hereby ordered that the discovery-related requirements for the parties' Initial Case Management Statement are stayed pending the Court's resolution of Defendant's Motion to Dismiss.

Dated: _____, 2023

Hon. Araceli Martínez-Olguín
United States District Judge