UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN MILLIKEN,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA N.A.,<br><br>    Defendant. | Case No. 23-cv-03709-AMO<br><br>**JUDGMENT** |

On June 20, 2024, the Court granted Defendant's motion to dismiss the Complaint with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 20, 2024

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**